# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00134-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | ECF No. 31 |
| NICOLE MARIE SCUDERI, | |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, August 16, 2022 at 11:00 a.m., be vacated and continued to November 29, 2022, at 11:00 a.m.

DATED this 20th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE