RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Nicole Marie Scuderi

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>   v.<br><br>NICOLE MARIE SCUDERI,<br><br>   Defendant | Case No. 2:21-cr-00134-CDS-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberley M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Nicole Marie Scuderi, that the Sentencing Hearing currently scheduled on February 28, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. On December 16, 2022, the government provided a restitution breakdown to defense counsel. The sum exceeds the restitution amount in the plea agreement by more than $450,000.

2. The parties need additional time to investigate the discrepancy in the restitution owed.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED: February 16, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Joanne L. Diamond*<br>By_____<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00134-~~JAD~~-DJA (CDS) |
| Plaintiff | **ORDER** |
| v. | |
| NICOLE MARIE SCUDERI, | |
| Defendant | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, February 28, 2023 at 10:00 a.m., be vacated and continued to <u>March 30, 2023,</u> at the hour of <u>10:00</u> a.m. in courtroom 6B.

DATED this <u>16th</u> day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE