RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Nicole Marie Scuderi

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>NICOLE MARIE SCUDERI,<br><br>　　　　　Defendant | Case No. 2:21-cr-00134-CDS-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberley M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Nicole Marie Scuderi, that the Sentencing Hearing currently scheduled on March 29, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. On December 16, 2022, the government provided a restitution breakdown to defense counsel. The sum exceeds the restitution amount in the plea agreement by more than $450,000.

2. The parties need additional time to investigate the discrepancy in the restitution owed.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the fourth request for a continuance of the sentencing hearing.

DATED: March 21, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Joanne L. Diamond*<br>By_____<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>v.<br><br>NICOLE MARIE SCUDERI,<br><br>　　　　Defendant | Case No. 2:21-cr-00134-CDS-DJA<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, March 29, 2023 at 10:00 a.m., be vacated and continued to June 5, 2023 at the hour of 10:00 a.m. in courtroom 6B.

　　　IT IS FURTHER ORDERED that any future request to continue will require a hearing.

　　　DATED this 23rd day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE

3